**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREW WIGNER,**

       **Plaintiff,**

**v.**                                               **Case No:   6:14-cv-221-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **COMMISSIONER'S UNCONTESTED MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REVERSAL AND REMAND OF THE CAUSE TO DEFENDANT (Doc. No. 20)**
>
> **FILED:**      **March 3, 2014**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On March 3, 2014, the Commissioner of Social Security (the "Commissioner") filed a Uncontested Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (the "Motion").  Doc. No. 20.  In it, the Commissioner requests that its decision be reversed and remanded, pursuant to sentence four of § 405(g), for the Administrative Law Judge to "make a good cause determination regarding Plaintiff's request for a change of venue for a 'face to face' hearing in Orlando, Florida by applying the good cause criteria set forth in 20 C.F.R. § 404.936(e) and (f), as well as provide him with

notice of right for continuation of benefits pending [the] outcome of a subsequent ALJ decision." Doc. No. 20 at 2-3.  The Motion is unopposed.  Doc. No. 20 at 3.  Upon review of the reasons for reversal and remand of the Commissioner's decision, the undersigned finds the Motion well-taken.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. No. 20) be **GRANTED**;

2. The final decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of § 405(g) for the above stated reasons;

3. **DENY** all other pending motions as moot; and

4. Direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.  **If the parties have no objection to this Report and Recommendation, they may promptly file a joint notice of no objection.**

Recommended in Orlando, Florida on March 4, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy