**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREW WIGNER,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:14-cv-221-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

This case is before the Court on the Commissioner of Social Security's ("Commissioner") Uncontested Motion For Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand of the Cause to Defendant (Doc. No. 20) filed March 3, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Non-Objections filed by both Plaintiff and Defendant to the Report and Recommendation (Doc. Nos. 22, 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 4, 2014 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's Uncontested Motion For Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (Doc. No. 20) is **GRANTED**.

3. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of § 405(g).

4. All pending motions are **DENIED as moot**.

5. The Clerk is directed to enter judgment in favor of Plaintiff and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of March, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record