# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREW WIGNER,**

       **Plaintiff,**

v.                                                                **Case No: 6:14-cv-221-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) filed March 20, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 25, 2014 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) is **GRANTED in part** and **DENIED in part**.

3. The Motion is **GRANTED** only to the extent that the Court awards Equal Access to Justice Act fees to Plaintiff in the amount of $400.00 for costs and $5,628.70 for attorney fees.

4. The Motion is otherwise **DENIED**. The United States Department of the Treasury (the "Department") may exercise its discretion to honor Plaintiff's assignment of benefits if it determines that Plaintiff does not owe a debt to the Government. However, the Court is not ordering the Department to honor it.

**DONE** and **ORDERED** in Orlando, Florida, on April 17, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties